UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWIN GUASP-SANTOS and
HERITAGE ROOFING & GUTTERS, INC.,

Plaintiffs,

v. Case No: 8:26-cv-01286-JLB-GDP

GOODLEAP, LLC, *et al.*,

Defendants.
_______________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 18), recommending that Plaintiff Edwin Guasp-Santos's motion to remand (Doc. 14) be granted. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order for all purposes.
2. Plaintiff Edwin Guasp-Santos's motion to remand (Doc. 14) is **GRANTED**.
3. The case is **REMANDED** to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.
4. Plaintiff's alternative request to amend the complaint (Doc. 14) is denied as moot.
5. The Clerk of the Court is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.
6. The Clerk of the Court is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the file.

**IT IS SO ORDERED** in Tampa, Florida, on September 11, 2026.

John L. Badalamenti

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE